# *Exhibit C*

# *Exhibit C*

SEYFARTH SHAW LLP
Brian Long (SBN 232746)
bplong@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

SEYFARTH SHAW LLP
Kerry M. Friedrichs (SBN 198143)
kfriedrichs@seyfarth.com
Shireen Yvette Wetmore (SBN 278501)
swetmore@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Defendant
MANAGEMENT & TRAINING CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE MENDOZA, on behalf of himself and a class of similarly situated individuals, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>MANAGEMENT & TRAINING CORPORATION, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.<br><br>**DECLARATION OF ZEBB KAPP IN SUPPORT OF DEFENDANT MANAGEMENT & TRAINING CORPORATION'S NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** |

I, **Zebb Kapp**, declare as follows:

1. I am the Director, Finance for MANAGEMENT & TRAINING CORPORATION and have personal knowledge of each matter stated herein. Defendant

1

1. MANAGEMENT & TRAINING CORPORATION ("MTC") is a Delaware corporation headquartered in Centerville, Utah, and is engaged in the business of managing correctional facilities and other institutions.

2. I have held the position of Director, Finance since January 18, 2008. In that position, my job duties include overseeing the processing of bi-weekly payrolls for hourly employees, managing special projects for the payroll department as they arise, implementing processes and procedures to assist in fostering an efficient payroll process, managing direct reports, calculating and processing off cycle pay adjustments, corresponding with federal, state, and local taxing agencies; and processing employee garnishments and special payments.

3. Because of my position and experience working at MTC, I am familiar with and have access to MTC's electronic payroll systems. With access to those systems, using various search and filter functions, I am able to determine the number of employees holding particular positions for a specific time period, the average hourly rate of pay for employees for a specific time period, and the number of pay periods for a specific time period. I am also able to determine the last known address of MTC's employees. I reviewed the results of searches for this information with respect to employees holding the positions of Detention Officer who were paid on an hourly basis in California for the time period of August 1, 2014 through September 19, 2018.

4. Based on the above searches, I am aware of the approximate average hourly rate of pay for employees holding the Detention Officer title in California for the time period of August 1, 2014 through September 19, 2018. That average hourly rate is approximately $29.42.

5. Based on the above searches, I am aware of the approximate number of employees holding the Detention Officer title in California for the time period of August 1, 2014 through September 19, 2018. The number of those employees during that period is approximately 261.

6. Based on the above searches, I also am aware of the approximate number of workweeks worked by employees holding the Detention Officer title in California for the time period of August 1, 2014 through September 19, 2018. The approximate number of workweeks for that time frame is 31,394.

7. Detention Officers are paid every two weeks, or bi-weekly.

8. Because of my experience and position at MTC, I also am aware of the state in which MTC is incorporated. For the same reason, I am familiar with where MTC maintains its corporate headquarters with its directors and officers. MTC is incorporated under the laws of the State of Delaware. MTC's principal place of business is located in Centerville, Utah, which is where its high-level offers direct, control, and coordinate its corporate activities. Many of MTC's executive and administrative functions, including corporate finance and accounting, are directed from the Centerville, Utah offices.

9. Plaintiff Josue Mendoza currently is employed by MTC.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 21st day of September, 2018 in Centerville, Utah.

*Zebb Kapp*
Zebb Kapp

49652505v.1